## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALTEC INDUSTRIES, INC.; ) | |
| ALTEC, INC.; and ) | |
| J.J. KANE ASSOCIATES, INC. d/b/a ) | |
| J.J. KANE AUCTIONEERS, ) | Cause No. 3:19-cv-01227-MAB |
| ) | |
| Plaintiffs, ) | CJRA Track B |
| ) | |
| v. ) | Presumptive Trial Month: January 2021 |
| ) | |
| BIG D ELECTRIC, INC., *n/k/a K D* ) | Judge Mark A. Beatty |
| *BREWER ENTERPRISES, INC.*; BIG D RIGHT ) | |
| OF WAY SERVICES, INC., *n/k/a D L BREWER* ) | |
| *ENTERPRISES, INC.*; DANIEL BREWER; KENT ) | |
| BREWER; DANA BREWER; and VICKI COOK, ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT OF PARTIES
## AND PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held over multiple occasions, concluding on February 13, 2020, with Plaintiffs' attorney Tim Sansone and Defendants' attorney Mark Johnson.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. The Parties have agreed to stay the beginning of written discovery, pending the outcome of mediation in *DuClos v. Altec Industries, Inc. et al.*, Case Number 3:16-cv-01162-JPG, which is currently set for mediation on March 4, 2020.

2. Initial disclosures shall be served on opposing parties by **March 20, 2020**.

3. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by **March 27, 2020**.

4. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by **May 1, 2020** (which date shall be no later than **90 days** following the Scheduling and Discovery conference).

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    a. Plaintiff's expert(s): **June 19, 2020**.

      b. Defendant's expert(s): **August 7, 2020**.

6. Depositions of expert witnesses must be taken by:

    a. Plaintiff's expert(s): **July 10, 2020**.

    b. Defendant's expert(s): **September 4, 2020**.

7. The parties CERTIFY that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties **do not** anticipate a need for an ESI protocol.

8. Discovery shall be completed by **September 8, 2020** (which date shall be no later than 115 days before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full 30 days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

9. All dispositive motions shall be filed by **September 23, 2020** (which date shall be no later than 100 days before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

10. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED: February 14, 2020

SANDBERG PHOENIX & von GONTARD P.C.

By:    */s/ Timothy C. Sansone*
Mary Anne Mellow, #6184050
Timothy C. Sansone, #6257469
Zachary S. Merkle, #6322707
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
mmellow@sandbergphoenix.com
tsansone@sandbergphoenix.com
zmerkle@sandbergphoenix.com

and

HOOD LAW FIRM LLC
Robert H. Hood (*forthcoming pro hac vice*)
Robert H. Hood, Jr.(*admitted pro hac vice*)
James Hood (*admitted pro hac vice*)
172 Meeting Street
Charleston, SC 29401
843-577-1201 – Robert Hood
843-577-1219 – Robert Hood, Jr.
bobby.hood@hoodlaw.com
bobbyjr.hood@hoodlaw.com
james.hood@hoodlaw.com

*Attorneys for Plaintiffs Altec Industries, Inc. Altec, Inc., and J.J. Kane Associates, Inc. d/b/a J.J. Kane Auctioneers*


By:    */s/ Mark S. Johnson*
MARK S. JOHNSON
JOHNSON, SCHNEIDER & FERRELL, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Telephone: 573-335-3300
Facsimile: 573-335-1978
mark@johnsonschneider.com

*Attorneys for Defendants*