### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *ALTEC INDUSTRIES, INC.,* ) <br> *ALTEC, INC., and* ) <br> *J.J. KANE ASSOCIATES, INC. d/b/a* ) <br> *J.J. KANE AUCTIONEERS,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> *BIG D ELECTRIC, INC., n/k/a K D* ) <br> *BREWER ENTERPRISES, INC., BIG D* ) <br> *RIGHT OF WAY SERVICES, INC., n/k/a D L* ) <br> *BREWER ENTERPRISES, INC.*, *DANIEL* ) <br> *BREWER, KENT BREWER, DANA* ) <br> *BREWER*, *and VICKI COOK,* ) <br> ) <br> Defendants. ) | Cause No. 3:19-cv-01227-MAB |

## NOTICE OF SETTLEMENT

Plaintiffs hereby notify the Court that all parties have reached a settlement in this matter, and they are attempting to finalize the language of a written Settlement Agreement. The parties anticipate filing the appropriate dismissal documents with the Court within 90 days. All parties consent to this filing.

                                        SANDBERG PHOENIX & von GONTARD P.C.

                              By:      */s/ Zachary S. Merkle*
                                        Mary Anne Mellow, #6184050
                                        Timothy C. Sansone, #6257469
                                        Zachary S. Merkle, #6322707
                                        600 Washington Avenue - 15th Floor
                                        St. Louis, MO  63101-1313
                                        314-231-3332
                                        314-241-7604 (Fax)
                                        mmellow@sandbergphoenix.com
                                        tsansone@sandbergphoenix.com
                                        zmerkle@sandbergphoenix.com

13023325.1

and

HOOD LAW FIRM LLC
Robert H. Hood (*forthcoming pro hac vice*)
Robert H. Hood, Jr.(*forthcoming pro hac vice*)
172 Meeting Street
Charleston, SC 29401
843-577-1201 – Robert Hood
843-577-1219 – Robert Hood, Jr.
bobby.hood@hoodlaw.com
bobbyjr.hood@hoodlaw.com
james.hood@hoodlaw.com

*Attorneys for Plaintiffs Altec Industries, Inc. Altec, Inc., and J.J. Kane Associates, Inc. d/b/a J.J. Kane Auctioneers*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 6, 2020 a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mark S. Johnson
Johnson, Schneider & Ferrell, L.L.C.
mark@johnsonschneider.com
*Attorneys for Defendants Big D Electric, Inc. n/k/a K D Brewer Enterprises, Inc., Big D Right of Way Services, Inc., n/k/a D L Brewer Enterprises, Inc., Daniel Brewer, Kent Brewer, Dana Brewer, and Vicki Cook*

                                         /s/ Zachary S. Merkle

13023325.1