IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALTEC INDUSTRIES, INC., <br> ALTEC, INC., and <br> J.J. KANE ASSOCIATES, INC., | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. 3:19-CV-1227-MAB |
| vs. | ) <br> ) | |
| BIG D ELECTRIC, INC., <br> BIG D RIGHT OF WAY SERVICES, <br> INC., DANIEL BREWER, <br> KENT BREWER, DANA BREWER, and <br> VICKI COOK, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated January 30, 2020, which reflects the parties' settlement (Doc. 42), this entire action is dismissed with prejudice, each party to bear their own fees and costs unless otherwise provided in the settlement documents.

DATED: June 17, 2020

                                               **MARGARET M. ROBERTIE,**
                                               **Clerk of Court**

                                         BY: _/s/ Jennifer Jones_
                                                           **Deputy Clerk**

APPROVED:  _/s/ Mark A. Beatty_
                         **MARK A. BEATTY**

**United States Magistrate Judge**